IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 NOV 29 A 11:34

In re:

Scott Alan Mann and
Deanna Lee Mann.
Debtor(s)

Case No. 04-08006
Chapter 7

3:05cv1132-T

## TRANSMITTAL OF APPEAL

I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On:**   November 15, 2005

**Notice of Appeal Filed:**   **August 19, 2005**

**Contents of Record:**
**Designated Items of Appellant(s)**
Designated Items of Appellee(s)

**Remarks:**
Filing Fee Paid          August 19, 2005    ($255.00)
Transcripts received:

**PLEASE RETURN A "RECEIVED" STAMPED
COPY OF THIS SUBMISSION SHEET**

FROM: /s/ Richard S. Oda, Clerk
          United States Bankruptcy Court