UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE

SCOTT ALAN MANN and
DEANNA LEE MANN,

　　　　Debtors.

Case No. 04-80326-DHW
Chapter 7

———

LARRY DUVALL,

　　　　Plaintiff,

v.

SCOTT ALAN MANN and
DEANNA LEE MANN,

　　　　Defendants.

Adv. Proc. No. 04-8006-DHW

## NOTICE OF APPEAL

COMES NOW, Scott Alan Mann, by and through his attorney of record and files this Notice of Appeal from a final judgment entered by Judge Dwight H. Williams, Jr., on August 11, 2005 and filed with the court on August 13, 2005.

Dated this 19th day of August, 2005.

Respectfully submitted,

/s/ Charles M. Ingrum
Charles M. Ingrum, Sr. ING-014

OF COUNSEL:
Charles M. Ingrum, Sr.
P. O. Box 142
Opelika, Alabama 36803-0142
Phone: (334) 745-2794
Fax: (334) 745-0782

CERTIFICATE OF SERVICE

     I hereby certify that I have this the ___19th___ day of August, 2005, served a copy of the foregoing Notice of Appeal on all counsel and parties in interest by mailing same to each by U. S. Mail, postage prepaid and properly addressed:

Larry Duvall
3613 Silverplace Lane
Unit 65
Warrington Beach, Fl. 33436

Douglas A. Dellacio, Esq.
White, Arnold, Andrews & Dowd, P.C.
2025 3rd Avenue North
Suite 600
Birmingham, Alabama 35203

Teresa R. Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, Alabama 36104

Cecil M. Tipton, Jr.
Chapter 7 Trustee
P.O. Box 191
Opelika, Alabama 36801

_____
Charles M. Ingrum, Sr.