IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re:
Larry Duvall

Bankruptcy Case No.  04-080326

[Debtor(s)]

Adversary Case No. 04-08006

## NOTICE SERVICE OF NOTICE OF APPEAL

In accordance with Bankruptcy Rule 8004, you are hereby served with the enclosed Notice of Appeal.

You are further notified of the requirements of Bankruptcy Rules 8006 (relating to the record and statement of issues on appeal and cross-appeals) and 8005 (relating to stays on appeal).

Dated at Montgomery, Alabama, this day of August 22, 2005.

/s/ Richard S. Oda, Clerk
United States Bankruptcy Court

/s/ Claudia F. Osborne
Case Administrator

cc:  Charles M. Ingrum, Sr.
     Douglas A. Dellacio, Esq.
     Bankruptcy Administrator