# DISMISSED, JUDGMT, APPEAL

# U.S. Bankruptcy Court
# Middle District of Alabama (Opelika)
# Adversary Proceeding #: 04-08006
Internal Use Only

*Assigned to:* Dwight H. Williams Jr.
*Related BK Case:* 04-80326
*Related BK Title:* Scott Alan Mann and Deanna Lee Mann
*Demand:* $36000
*Nature of Suit:* 426( Dischargeability 523 )

*Date Filed:* 06/07/04
*Date Dismissed:* 05/05/2005

**Plaintiff**
-----------------------

**Larry Duvall**                    represented by **Douglas A. Dellaccio**
                                                    White, Arnold, Andrews & Dowd P.C.
                                                    2025 3rd Ave North
                                                    Suite 600
                                                    Birmingham, AL 35203
                                                    205-323-1888
                                                    Fax : 205-323-8907
                                                    Email: ddellaccio@waadlaw.com
                                                    *LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**Scott Alan Mann**                 represented by **Charles M. Ingrum, Sr.**
2338 Lee Road 119                                   Charles M. Ingrum, Attorney At

|  |  |  |
|---|---|---|
| Opelika, AL 36804<br>(334) 749-2789<br>SSN: 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 |  | Law<br>P. O. Box 142<br>Opelika, AL 36803-0142<br>334-745-4648<br>Email:<br>cingrum@charlesingrum.com<br>*LEAD ATTORNEY*<br><br>**Charles-AMR M. Ingrum, Sr.**<br>Charles M. Ingrum<br>PO Box 142<br>Opelika, AL 36803-0142<br>334-745-4648<br>Fax : 334-745-0782<br>Email:<br>cingrum@charlesingrum.com<br><br>**Charles-MLW M. Ingrum, Sr.**<br>Charles M. Ingrum<br>PO Box 142<br>Opelika, AL 36803-0142<br>334-745-4648<br>Fax : 334-745-0782<br>Email:<br>cingrum@charlesingrum.com |
| **Deanna Lee Mann**<br>2338 Lee Road 119<br>Opelika, AL 36804<br>(334) 749-2789<br>SSN: 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 | represented by | **Charles M. Ingrum, Sr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Charles-AMR M. Ingrum, Sr.**<br>(See above for address)<br><br>**Charles-MLW M. Ingrum, Sr.**<br>(See above for address) |

| Filing Date | # | Docket Text |
|---|---|---|
| 06/07/2004 | 1 | 426 (Dischargeability 523): Complaint against Scott Alan Mann, Deanna Lee Mann. Receipt Number 04002610, Fee Amount $150. Filed by Douglas A. Dellaccio on behalf of Larry Duvall. (Attachments: # 1 Summons# 2 Summons) (CBS, ) Modified receipt on 6/7/2004 (CBS, ). Additional attachment(s) added on 6/8/2004 (DH, ). (Entered: 06/07/2004) |
| 06/08/2004 | | Attorney Charles M. Ingrum, Sr. for Deanna Lee Mann and Scott Alan Mann added to case. (DS, ) (Entered: 06/08/2004) |
| 06/08/2004 | 2 | Summons Issued on Deanna Lee Mann Date Issued 6/8/2004, Answer Due 7/8/2004; Scott Alan Mann Date Issued 6/8/2004, Answer Due 7/8/2004. (DS, ) (Entered: 06/08/2004) |
| 06/10/2004 | 3 | BNC Certificate of Service - See Image Attached - (RE: related document(s)2 Summons Issued). No. of Notices: 1. Service Date 06/10/2004. (Admin.) (Entered: 06/11/2004) |
| 06/15/2004 | | Flags Set-Reset (Removed AwCAact21 flag) (CO, ) (Entered: 06/15/2004) |
| 06/25/2004 | 4 | Summons Service Executed on Deanna Lee Mann 6/25/2004; Scott Alan Mann 6/25/2004 *by Douglas A. Dellacio*.. (CO, ) (Entered: 06/25/2004) |
| 07/16/2004 | 5 | Answer to Complaint Filed by Charles-TLP M. Ingrum, Sr. on behalf of Deanna Lee Mann, Scott Alan Mann. (Ingrum, Sr., Charles-TLP) (Entered: |

| | | |
|---|---|---|
| | | 07/16/2004) |
| 07/19/2004 | ●6 | Order Setting Status Conference (RE: related document(s)1 Complaint, filed by Plaintiff Larry Duvall). Status hearing to be held on 8/16/2004 at 10:15 AM at Telephone Hearing. (LO, ) (Entered: 07/19/2004) |
| 07/21/2004 | ●7 | BNC Certificate of Service - See Image Attached - (RE: related document(s)6 Hearing (Adv)). No. of Notices: 2. Service Date 07/21/2004. (Admin.) (Entered: 07/22/2004) |
| 08/23/2004 | ●8 | Order Setting Trial Date/Scheduling Order Entered On 8/23/2004. Dispositive Pretrial Motions due by 11/30/2004. Pretrial Disclosures due by 3/30/2005. List Disclosing Objections To The Use of Depositions or Admissibility of Exhibits due by 4/6/2005. Discovery due by 11/16/2004. Trial date set for 4/13/2005 at 09:00 AM at Opelika Federal Courthouse, U.S. Bankruptcy Court. (CO, ) (Entered: 08/23/2004) |
| 08/25/2004 | ●9 | BNC Certificate of Service - See Image Attached - (RE: related document(s)8 Scheduling Order, ). No. of Notices: 2. Service Date 08/25/2004. (Admin.) (Entered: 08/26/2004) |
| 11/16/2004 | ●10 | Motion to Compel Filed by Douglas A. Dellaccio on behalf of Larry Duvall. (CO, ) (Entered: 11/16/2004) |
| 11/18/2004 | ●11 | Notice of Telephone Hearing Set (RE: related document(s)10 Motion to Compel). Hearing scheduled for 12/6/2004 at 10:15 AM at Telephone Hearing. (JV, ) (Entered: 11/18/2004) |

| | | |
|---|---|---|
| 11/20/2004 | 12 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)11 Telephone Hearing). No. of Notices: 4. Service Date 11/20/2004. (Admin.) (Entered: 11/21/2004) |
| 12/09/2004 | 13 | Order Allowing Withdrawal (Motion To Compel/WITHDRAWN) (Related Doc # 10) Entered On 12/9/2004. (CO, ) (Entered: 12/09/2004) |
| 12/11/2004 | 14 | BNC Certificate of Service - See Image Attached - (RE: related document(s)13 Order on Motion to Compel). No. of Notices: 2. Service Date 12/11/2004. (Admin.) (Entered: 12/12/2004) |
| 01/10/2005 | 15 | Order Rescheduling Trial Date Entered On 1/10/2005. Trial date set for 4/20/2005 at 11:00 AM at Opelika Federal Courthouse, U.S. Bankruptcy Court. (CO, ) (Entered: 01/10/2005) |
| 01/12/2005 | 16 | BNC Certificate of Service - See Image Attached - (RE: related document(s)15 Order to Continue/Reschedule Hearing). No. of Notices: 2. Service Date 01/12/2005. (Admin.) (Entered: 01/13/2005) |
| 02/21/2005 | 17 | *Amended* Answer *to Complaint* Filed by Charles-AMR M. Ingrum Sr. on behalf of Deanna Lee Mann, Scott Alan Mann. (Ingrum, Charles-AMR) (Entered: 02/21/2005) |
| 02/21/2005 | 18 | Notice of Submission Error (Non-Image Entry) Filed by Charles-AMR M. Ingrum Sr. on behalf of Deanna Lee Mann, Scott Alan Mann (RE: related document(s)17 Answer filed by Defendant Scott Alan Mann, Defendant Deanna Lee Mann). (Ingrum, Charles-AMR) (Entered: 02/21/2005) |

| | | |
|---|---|---|
| 02/21/2005 | ●19 | Amended Answer to Complaint Filed by Charles-AMR M. Ingrum Sr. on behalf of Deanna Lee Mann, Scott Alan Mann. (RE: Related document(s) 1, 5) (Ingrum, Charles-AMR) Modified text on 2/22/2005 (CO, ). (Entered: 02/21/2005) |
| 02/21/2005 | ●20 | Certificate of Service *for Amended Answer to Complaint* Filed by Charles-AMR M. Ingrum Sr. on behalf of Deanna Lee Mann, Scott Alan Mann (RE: related document(s)19 Answer to Complaint filed by Defendant Scott Alan Mann, Defendant Deanna Lee Mann). (Ingrum, Charles-AMR) (Entered: 02/21/2005) |
| 04/13/2005 | ●21 | Motion For Summary Judgment *by Debtors/Defendants* Filed by Charles-MLW M. Ingrum Sr. on behalf of Deanna Lee Mann, Scott Alan Mann. (Attachments: # 1 Memorqandum Attachment# 2 Excerpts from Depositions# 3 Exhibit A# 4 Exhbit B# 5 Certificate of Service) (Ingrum, Charles-MLW) (Entered: 04/13/2005) |
| 04/19/2005 | ●22 | Motion /Plaintiff's (Larry Duvall) Motion to Strike Defendant's Motion for Summary Judgment Under Rule 56 Filed by Douglas A. Dellaccio on behalf of Larry Duvall (RE: related document(s)21 Motion for Summary Judgment, filed by Defendant Scott Alan Mann, Defendant Deanna Lee Mann). (CO, ) Modified text on 4/21/2005 (CO, ). (Entered: 04/21/2005) |
| 05/05/2005 | ●23 | Order Dismissing Adversary Proceeding (AP# 04-8006) Entered On 5/5/2005 (RE: related document(s)1 Complaint, filed by Plaintiff Larry Duvall). (CO, ) (Entered: 05/05/2005) |

| | | |
|---|---|---|
| 05/05/2005 | | Case could not be closed because Hold 10 days before closing AP. Close Case Follow Up Review due on 5/16/2005. (CO, ) (Entered: 05/05/2005) |
| 05/07/2005 | 24 | BNC Certificate of Service - See Image Attached - (RE: related document(s)23 Order Dismissing Case). No. of Notices: 2. Service Date 05/07/2005. (Admin.) (Entered: 05/08/2005) |
| 05/16/2005 | | Adversary Case Closed (AP# 04-08006) (Non-Image Entry). (CO, ) (Entered: 05/16/2005) |
| 08/11/2005 | 25 | MEMORANDUM OPINION Entered On 8/11/2005 (RE: related document(s)1 Complaint, filed by Plaintiff Larry Duvall). (CO, ) (Entered: 08/11/2005) |
| 08/11/2005 | 26 | FINAL Judgment Entered On 8/11/2005 (RE: related document(s)25 Opinion). (CO, ) (Entered: 08/11/2005) |
| 08/13/2005 | 27 | BNC Certificate of Service - See Image Attached - (RE: related document(s)25 Opinion). No. of Notices: 2. Service Date 08/13/2005. (Admin.) (Entered: 08/14/2005) |
| 08/13/2005 | 28 | BNC Certificate of Service - See Image Attached - (RE: related document(s)26 Judgment). No. of Notices: 2. Service Date 08/13/2005. (Admin.) (Entered: 08/14/2005) |
| 08/15/2005 | | Adversary Case Reopened (SEE CASE No. 04-81017-Order entered 8/12/2005 Entry # 24). (CO, ) (Entered: 08/15/2005) |
| 08/15/2005 | | Case could not be closed because Holding 10 |

| | | |
|---|---|---|
| | | days to close AP. Close Case Follow Up Review due on 8/22/2005. (CO, ) (Entered: 08/15/2005) |
| 08/19/2005 | 29 | Notice of Appeal. Fee Amount $255. Filed by Charles-MLW M. Ingrum Sr. on behalf of Deanna Lee Mann, Scott Alan Mann (RE: related document(s)26 Judgment). Appellant Designation due by 8/29/2005. Transmission of Designation Due by 9/8/2005. (Ingrum, Charles-MLW) (Entered: 08/19/2005) |
| 08/19/2005 | 30 | Receipt of Notice of Appeal(04-08006) [appeal,ntcapl] ( 255.00) filing fee. Receipt number 1514061, amount $ 255.00. (U.S. Treasury) (Entered: 08/19/2005) |
| 08/22/2005 | | Deadlines terminated (Close Case Follow-Up Review - Noticed of Appeal Filed 8/19/2005). (CO, ) (Entered: 08/22/2005) |
| 08/22/2005 | 31 | Notice Service of Notice of Appeal. Civil Action Number: Filed by Charles-AMR M. Ingrum Sr. on behalf of Deanna Lee Mann, Scott Alan Mann (RE: related document(s)29 Notice of Appeal, filed by Defendant Scott Alan Mann, Defendant Deanna Lee Mann).(Notice served on: Charles M. Ingrum, Sr., Douglas A. Dellacio, Esq. and the Bankruptcy Administrator) (CO, ) Modified text on 8/22/2005 (CO, ). Additional attachment(s) added on 8/22/2005 (CO, ). Additional attachment(s) added on 8/22/2005 (CO, ). Modified text on 8/22/2005 (CO, ). (Entered: 08/22/2005) |
| 08/30/2005 | | Deadlines terminated (RE: Designation Due from Appellant (Charles Ingrum) - Re: Entry # 29 Notice of Appeal). (CO, ) (Entered: 08/30/2005) |

| | | |
|---|---|---|
| 08/30/2005 | | CARemark (Called Atty Ingrum's office 8/30/2005 regarding Designation Due on Appeal - No answer - Left message). (CO, ) (Update: Spoke with Debbie Knight on 8/30/2005 she stated that she wrote Mr. Meyer a letter and also called him and Mr. Mann regarding the Designation. Mr. Mann has hired a new atty, Mr. Perry Meyer of Alexander City. I Called and left a message for Mr. Meyer to return my call regarding the Designation of Record - 256-329-9450). **(UPDATE: Mr. Meyer returned my call on 8/30/2005 and stated he was NOT representing Mr. Mann in this Appeal)** Modified text on 8/30/2005 (CO, ). (Entered: 08/30/2005) |
| 09/07/2005 | 32 | Motion to Withdraw as Attorney Filed by Charles-AMR M. Ingrum Sr. on behalf of Deanna Lee Mann, Scott Alan Mann. (Ingrum, Charles-AMR) (Entered: 09/07/2005) |
| 09/09/2005 | | Deadlines terminated (Record Due for Transmission on Appeal Re: # 29- Motion to withdraw as attorney filed 9/7/2005). (CO, ) (Entered: 09/09/2005) |
| 09/09/2005 | 33 | Order Denying Motion To Withdraw As Attorney (Charles M. Ingrum, Sr.) (Related Doc # 32) Entered On 9/9/2005. (CO, ) (Entered: 09/09/2005) |
| 09/11/2005 | 34 | BNC Certificate of Service - See Image Attached - (RE: related document(s)33 Order on Motion to Withdraw as Attorney). No. of Notices: 2. Service Date 09/11/2005. (Admin.) (Entered: 09/12/2005) |