## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 1, 2005

### *Notice to All Counsel*

Charles M. Ingrum, Sr.
Charles M Ingrum, Attorney at Law
500 Geneva Street
Opelika, AL 36804

Douglas A. Dellaccio
White Arnold Andrews & Dowd
2025 Third Avenue, North
Suite 600
Birmingham, AL 35203

Cecil Morland Tipton, Jr.
Ray & Tipton
P. O. Box 191
Opelika, AL 36803-0191

    Re: Scott Alan Mann, Debtor
    Bankruptcy Case No. 04-08006-DHW
    Scott Alan Mann, appellant vs.
    Larry Duvall, Appellee
    Civil Action No. 3:05cv1132-T

Please take notice that the record on appeal has been transmitted by the Clerk of the U.S. Bankruptcy Court to the Clerk of the U.S. District Court for the Middle District of Alabama, and that this office has entered the appeal in this case on its docket as of November 29, 2005.

All parties are respectfully reminded that their briefs will be due within the time schedule set forth by Bankruptcy Rule 8009.

    Sincerely,

    DEBRA P. HACKETT, CLERK

        /s/ Debbie Yates
    By:
        Deputy Clerk

DPH/dy