UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 05-CV-01132 |
| SCOTT A. MANN | Case No. 04-80326-DHW |
| DEANNA L. MANN | Chapter 7 |
|     Debtors | |
| LARRY DUVALL | |
|     Plaintiff | Adv. Pro. No. 04-8006-DHW |
| v. | |
| SCOTT A. MANN | |
| DEANNA L. MANN | |
|     Defendants | |

## MOTION TO WITHDRAW

Comes now the undersigned counsel of record and respectfully requests this honorable court allow him to withdraw from this case and in support thereof states as follows:

1. The undersigned counsel will no longer be employed with the firm of White Arnold Andrews & Dowd P.C.

2. Simultaneously, Julia Stewart is entering her appearance as counsel for White Arnold Andrews & Dowd P.C.

3. Due to the notice of appearance by Julia Stewart in this matter, the parties are not prejudiced by the withdrawal of the undersigned.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned respectfully requests this honorable Court allow him to withdraw from any future representation of the above-referenced matter.

/Douglas A. Dellaccio, Jr.

**OF COUNSEL:**

**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 3rd Avenue North
600 Massey Building
Birmingham, Alabama 35203
(205) 323-1888
(205) 323-8907 – facsimile

# CERTIFICATE OF SERVICE

I hereby certify that on the **23rd** day of **December, 2005**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF- participant counsel of record, and I certify that I have mailed a copy of the foregoing by United States Postal Service, properly addressed and postage prepaid, to the following non-CM/ECF-participant counsel of record:

**Charles Ingrum**
**500 Geneva Street**
**Opelika, Alabama 36801**

/Douglas A. Dellaccio, Jr.

**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203
Phone: 205-323-1888
Fax:    205-323-8907
E-mail: **ddellaccio@waadlaw.com**