UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 05-CV-01132 |
| SCOTT A. MANN | Case No. 04-80326-DHW |
| DEANNA L. MANN | Chapter 7 |
| Debtors | |
| LARRY DUVALL | |
| Plaintiff | Adv. Pro. No. 04-8006-DHW |
| v. | |
| SCOTT A. MANN | |
| DEANNA L. MANN | |
| Defendants | |

### NOTICE OF APPREARANCE

Comes now JULIA S. STEWART and enters her appearance as counsel for the Plaintiff, LARRY DUVALL.

/Julia S. Stewart

**OF COUNSEL:**

**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 3rd Avenue North
600 Massey Building
Birmingham, Alabama 35203
(205) 323-1888
(205) 323-8907 – facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that on the **23rd** day of **December, 2005**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF- participant counsel of record, and I certify that I have mailed a copy of the foregoing by United States Postal Service, properly addressed and postage prepaid, to the following non-CM/ECF-participant counsel of record:

**Charles Ingrum**
**500 Geneva Street**
**Opelika, Alabama 36801**

      /Julia S. Stewart

**WHITE ARNOLD ANDREWS & DOWD P.C.**
2025 Third Avenue North, Suite 600
Birmingham, Alabama 35203
Phone: 205-323-1888
Fax:    205-323-8907
E-mail:  **jstewart@waadlaw.com**