IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SCOTT ALAN MANN, et al., ) | |
| ) | |
|    Debtors. ) | |
| ) | |
| ) | |
| SCOTT ALAN MANN, et al., ) | CIVIL ACTION NO. |
| ) | 3:05cv1132-T |
|    Appellants, ) | |
| ) | |
|    v. ) | |
| ) | |
| LARRY DUVALL, et al., ) | |
| ) | |
|    Appellees. ) | |

ORDER

It is ORDERED that this bankruptcy appeal is set for an on-the-record scheduling conference on January 6, 2006, at 8:30 a.m. Counsel for appellants is to arrange for the conference to be conducted by telephone.

DONE, this the 28th day of December, 2005.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE