IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| SCOTT A MANN and | ) | |
| DEANNA L. MANN | ) | |
| | ) | |
|    Debtors. | ) | |
| | ) | |
| LARRY DUVALL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:05cv1132-MHT |
| | ) | |
| SCOTT A. MANN and | ) | |
| DEANNA L. MANN, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion to withdraw (doc. no. 3) is granted.

DONE, this the 26th day of September, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**